948

No. 02–8514. TOLES *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–8645. FETZER *v.* PETROVSKY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8652. SMITH *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 02–8653. ROBINSON *v.* MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8654. SUMBRY *v.* DAVIS, ATTORNEY GENERAL OF INDIANA. C. A. 7th Cir. Certiorari denied.

No. 02–8657. SMITH *v.* ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8658. RAUSO *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–8659. SMITH *v.* ILLINOIS DEPARTMENT OF CORRECTIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–8660. FISHER *v.* YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8662. IVY *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–8663. GLOVER *v.* COCKRELL, DIRECTOR, TEXAS. DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8664. HOWARD *v.* WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8667. HUNTSBERRY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8676. MUNIZ *v.* TAFOYA, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–8678. GRIGGS *v.* MAYLE ET AL. C. A. 9th Cir. Certiorari denied.